22385

LIBERTY LOAN CORPORATION OF DARLINGTON, S.C., Petitioner, v. General Lee MUMFORD, Carrie L. Mumford, Preston Robinson, Jr., Lillie Mae Robinson, and Aiken-Speir, Inc., Defendants, of which Aiken-Speir, Inc., is, Respondent.

(335 S. E. (2d) 805)

Supreme Court

*Marvin P. Jackson, Jr.,* Florence, *for petitioner.*

*Walter F. Going, Jr.,* and *Pearce W. Fleming,* Columbia, *for Mortgage Bankers Association of The Carolinas, Inc.,* and *Palmetto Land Title Association, amicus curiae.*

*Mark W. Buyck, Jr.,* Florence, *for respondent.*

Heard Sept. 24, 1985.

Decided Oct. 16, 1985.

*Per Curiam:*

This court granted a writ of certiorari to review the decision of the Court of Appeals reported at 283 S. C. 134, 322 S. E. (2d) 17 (1984). After a review of the record, this court is of the opinion that certiorari was improvidently granted. The writ of certiorari in the above entitled matter is hereby dismissed.